# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE EIGHTH CIRCUIT

No: 11-6040

In re: Yehud-Monosson USA, Inc.

------------------------------

Yehud-Monosson USA, Inc.

Appellant

v.

Habbo Fokkena

Appellee

___

Appeal from U.S. Bankruptcy Court for the District of Minnesota - Minneapolis
(11-42834)
___

**ORDER**

Upon consideration of the pleadings filed and the standards governing motions for stay pending appeal, see James River Flood Control Ass'n v. Watt, 680 F.2d 543, 544 (8th Cir. 1982), the Appellant's Motion for Stay Pending Appeal is denied.

July 06, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Bankruptcy Appellate Panel, Eighth Circuit.
_____
/s/ Michael E. Gans