## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 11 |
| Yehud-Monosson USA, Inc. | Case File No.: 11-42834 (NCD) |
| Debtor, | |

## DEBTOR'S NOTICE OF EXPEDITED MOTION TO
## CONTINUE HEARING ON DECEMBER 6, 2011

TO:     The debtor and other entities specified in Local Rule 9013-3.

1.     Debtor Yehud-Monosson USA, Inc. moves the court for the relief requested below and gives notice of hearing.

2.     The hearing will be held on December 6, 2011, at 3:00 p.m. before the United States Bankruptcy Court, Courtroom 7W, 300 South Fourth Street, Minneapolis, MN 55415.

3.     Any response to this motion must be filed and served by no later than the time of hearing. UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4.     This court has jurisdiction over this motion pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The case is now pending in this court.

5.     This motion arises under 11 U.S.C. §§ 105(a) and 324(a). This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 9006-1(e) and 9013-1.  Movant requests relief with respect to its request that the hearing date be rescheduled for a time when Debtor's counsel is able to fully review all documents produced and prepare for this matter.

6. Debtor's supporting motion follows.

Dated this 5th day of December, 2011.                WESTVIEW LAW CENTER, PLC

    /e/ Rebekah M. Nett
Rebekah M. Nett, 0299571
1303 South Frontage Road, Suite 1
Hastings, MN 55033
*Attorney for Debtor*

## Verification

I, Naomi Isaacson, the moving party (or the managing member of the corporation movant, or a partner of the partnership movant) named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on: December 5, 2011          Signed: _____

Naomi Isaacson,
*President*
*Yehud-Monosson USA, Inc.*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In Re:                      Chapter 11

Yehud-Monosson USA, Inc.

Case File No.:    11-42834 (NCD)

         Debtor,

## DEBTOR'S EXPEDITED MOTION TO
## CONTINUE HEARING ON DECEMBER 6, 2011

**PLEASE TAKE NOTICE** that Yehud-Monosson USA, Inc., the Debtor in the above-captioned matter, is filing a motion with this Court for the relief set forth below.

1. Ordering that the hearing scheduled for December 6, 2011 at 3:00 p.m. with respect to the Chapter 7 Trustee's Motion for Contempt shall be continued until the end of the month in order to permit Debtor's principal officer, Naomi Isaacson, to retain counsel to defend herself from the court-appointed Chapter 7 Trustee Nauni Manty's intentional and deceitful allegations against the Debtor.

2. Finding that this expedited motion is necessary due to the fact that hearing is scheduled for tomorrow.

3. This Court has jurisdiction to hear this matter under 28 U.S.C. § 1334 and under 28 U.S.C. § 157(a) and 28 U.S.C. § 157(b).

4. Based on the foregoing, Debtor requests the emergency relief set forth herein.

Dated this 6th day of December, 2011        WESTVIEW LAW CENTER, PLC

                                                           /e/ Rebekah M. Nett
                                                           Rebekah M. Nett, 0299571
                                                           1303 South Frontage Road, Suite 1

Hastings, MN 55033
*Attorney for Debtor*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In Re:                                                                        Chapter 7

Yehud-Monosson USA, Inc.

                                                                                     Case File No.: 11-42834 (NCD)

            Debtor,

## DECLARATION OF NAOMI ISAACSON

Naomi Isaacson, being duly sworn, deposes and says:

        1.         I am the President of Yehud-Monosson USA, Inc. ("Yehud-Monosson"). I make this affidavit in support of a motion to continue the December 6, 2011 hearing in order to allow me time to retain an attorney to represent me in this motion.

        2.         The media in Minnesota and Wisconsin and even across the country, through the influence of the church and its personnel, where either the church owns the media under layers of deceit or they are major stockholders undercover, has saturated Minnesota and Wisconsin with negative propaganda against the Debtor and its personnel. Due to the saturation of intentional negative publicity against this Debtor and its personnel, which has been targeted to hurt the Debtor and its personnel financially, sociologically and psychologically and ultimately to remove them from daily functionality, I, as Debtor's principal officer, have been unsuccessful in retaining an attorney to defend myself from the court-appointed Chapter 7 Trustee Nauni Manty's intentional and deceitful allegations against the myself and the Debtor in the pending Motion for Contempt and request for incarceration.

3. I am requesting the Court to give me until the end of month in order to obtain such representation.

NAOMI ISAACSON
PRESIDENT
*YEHUD-MONOSSON USA, INC.,*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MINNESOTA

In Re:                                                                     Chapter 11

Yehud-Monosson USA, Inc.

                                                                            Case File No.:   11-42834 (NCD)

               Debtor,

## ORDER

The Debtor's expedited motion to continue the December 6, 2011 hearing in order to permit Debtor's principal officer, Naomi Isaacson to retain counsel to represent her interests in the pending motion. Based on the motions, the files, and the record of the proceedings,

IT IS ORDERED:

1. Relief is granted.

2. The hearing on the Chapter 7 Trustee's Motion for Contempt shall be continued from December 6, 2011 to _____, 2011 at ____ __.m.

Dated: December ____, 2011

                                                                                  _____
                                                                                  United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In Re: | Chapter 11 |
| Yehud-Monosson USA, Inc. | Case File No.: 11-42834 (NCD) |
| Debtor, | |

## UNSWORN CERTIFICATE OF SERVICE

I, Rebekah M. Nett, do hereby certify that on the 6th day of December, 2011, a true and correct copy of the *Notice of Hearing, Expedited Motion to Continue Hearing on December 6, 2011, Declaration of Naomi Isaacson and Proposed Order* were filed with the United States Bankruptcy Court on December 6, 2011, thereby generating electronic service upon the parties indicated below.

**CM/ECF:**

Jeff C Braegelmann on behalf of Defendant American Bank of St. Paul
jbraegelmann@gislason.com

John E Brandt on behalf of Interested Party William Egan
jbrandt@murnane.com

Roylene A Champeaux on behalf of Interested Party UNITED STATES OF AMERICA IRS
Roylene.Champeaux@usdoj.gov, karen.malikowski@usdoj.gov;
usamn.ecfbankruptcy@usdoj.gov; darcie.boschee@usdoj.gov

Michael S. Dove on behalf of Interested Party American Bank of St. Paul
mdove@gislason.com, KGleisner@gislason.com;JBurgau@gislason.com

Michelle K. Dove on behalf of Trustee Nauni Manty
michelle@mantylaw.com, carisa@mantylaw.com

David Jon Hoiland on behalf of Interested Party Lubrication Technologies, Inc.
Hoilandesq@aol.com, vmailer@e-lawfirm.com

Michael J Iannacone on behalf of Creditor VERMILLION STATE BANK
mji@iannacone.com, miannacone@ecf.epiqsystems.com; knt@iannacone.com;
trustee@iannacone.com

Colin Kreuziger on behalf of U.S. Trustee US Trustee
Colin.Kreuziger@usdoj.gov

Nauni Jo Manty
ecf@mantylaw.com, mn12@ecfcbis.com

Manty & Associates PA on behalf of Trustee Nauni Manty
ecf@mantylaw.com

Tyler K Olson on behalf of Interested Party Tiger Peg Capital Corp.
tolson@oppenheimer.com

Randall L. Seaver
rlseaver@fullerseaverramette.com, rseaver@ecf.epiqsystems.com

US Trustee
ustpregion12.mn.ecf@usdoj.gov


Dated this 6th day of December, 2011.     WESTVIEW LAW CENTER, PLC

                                                    /e/ Rebekah M. Nett
                                            Rebekah M. Nett, 0299571
                                            1303 South Frontage Road, Suite 1
                                            Hastings, MN 55033
                                            *Attorney for Debtor*