UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In re:                                              Chapter 7 Case

Yehud-Monosson USA, Inc.,                           Bky No. 11-42834

                          Debtor.

_____

### TRUSTEE'S REPLY IN SUPPORT OF HER MOTION FOR CONTEMPT

1.      Nauni Jo Manty, the chapter 7 trustee of the bankruptcy estate, by and through her undersigned counsel, submits this reply to her Motion for Contempt.

2.      On December 5, 2011, Naomi Isaacson posted "Naomi Isaacson: URGENT INVESTIGATION REQUIRED" on the Promote Liberty website, which can be found at: http://promoteliberty.wordpress.com/2011/12/05/naomi-isaacson-urgent-investigation-required/. A true and correct copy of the website posting is attached hereto as <u>Exhibit A</u>.

3.      On December 6. 2011, an attorney from the chapter 7 trustee's office received a handout at the federal courthouse in Minneapolis that purports to be "From the Desk of C.E.O. Naomi Isaacson, J.D."  A true and correct copy of the handout is attached hereto as <u>Exhibit B</u>.

4.      The website posting and handout, both written by Naomi Isaacson, state:

> Since all the assets of the company have been liquidated, Grand Inquisitor Nauni Manty filed a turnover motion requesting that Debtor's records be produced.   Despite Debtor's objections, O'Brien, … granted Nauni Manty's motion.  In response to the order, Debtor produced every single piece of paper in its records. After the records were all produced, Nauni Manty filed a motion seeking a finding of contempt and incarceration for failure to produce phantom documents which do not exist and documents which she already has.  No documents are missing.  Everything which the Debtor had was produced.

<u>See</u> Ex. A at 3, Ex. B at 6.

6.     Additionally, the website and handout state:

> This contempt motion is a lie and fabrication.  I have produced every piece of paper is [sic] Debtor's records and … Nauni Manty has acknowledge receipt of those documents.  She demanded that I produce an address.  I am not her secretary or her clerk to do her dirty job for her.   One of her staff can give her the same information that I can provide.  This contempt motion is a lie and a pretense to accomplish their purpose to suppress.

<u>See</u> Ex. A. at 6, Ex. B at 15.

7.     The website and the handout contain the same language, which shows that Naomi Isaacson had actual knowledge of the October 7, 2011 Order directing her to turnover <u>all</u> books, records and documents of the debtor, including electronic data wherever and however stored, and ordering her to produce to the trustee the address of Dr. Avraham Cohen to the trustee.  It also shows that Naomi Isaacson has continually and knowingly violated the turnover order by refusing to produce all documents and records of the Debtor and the address of Dr. Avraham Cohen.

Dated:  December 6, 2011.

MANTY & ASSOCIATES, P.A.

By:     <u>*/e/ Michelle Kreidler Dove*</u>
   Nauni Jo Manty (#230352)
   Michelle K. Dove (#33232X)
   510 First Avenue North, Suite 305
   Minneapolis, MN 55403
   (612) 465-0990

## **VERIFICATION**

I, Nauni Jo Manty, trustee and movant named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: December 6, 2011.

_/e/ Nauni Jo Manty_
Nauni Jo Manty, Trustee

_____

In re:                                          Chapter 7 Case

Yehud-Monosson USA, Inc.                         BKY 11-42834

                          Debtor.

_____

## **UNSWORN CERTIFICATE OF SERVICE**

      I, Malinda Hughes, declare under penalty of perjury that on December 6, 2011, I served

copies of the following documents:    Reply to Trustee's Motion for Contempt of Court and

Unsworn Certificate of Service to each entity listed below:

United States Trustee                    Naomi Isaacson
1015 US Courthouse                       328 Fourth Street SE, #101
300 South 4th Street                     Minneapolis, MN  55414
Minneapolis, MN  55415

Rebekah M. Nett                          Robert J. Hantman
Westview Law Center PLC                  Hantman & Associates
1303 S Frontage Rd, Suite 1              1515 Broadway, 11th Floor
Hastings, MN  55033                      New York, NY  10036
                                         (Via facsimile and U.S. Mail)

Dated:  December 6, 2011                 */e/ Malinda Hughes*_____
                                         Malinda Hughes, Legal Assistant
                                         Manty & Associates, P.A.
                                         510 First Avenue North, Suite 305
                                         Minneapolis, MN  55403

# PROMOTE LIBERTY

a political, social, and economic right that belongs to all people...

ACTIVISM     DOCUMENTARIES     HISTORY     NEWS     SHAWANO     SCIENCE     TECH     VATICANCRIMES     CONTACT



Featured: Naomi Isaacson: URGENT INVESTIGATION REQUIRED

← Assange granted appeal in UK Supreme Court

## Naomi Isaacson: URGENT INVESTIGATION REQUIRED

DEC 5     Posted by LiBerty

From the Desk of C.E.O. Naomi Isaacson, J.d.

DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY

PO BOX 11768

GREEN BAY, WI 54307

—————————————————————

NAOMI ISAACSON REQUESTS AN <u>URGENT INVESTIGATION</u> BY STATE, FEDERAL, AND INTERNATIONAL AGENCIES AND PROTECTION OF HER RIGHTS AS A CITIZEN OF USA

MINNESOTA AND WISCONSIN ARE THE CENTERS FOR RACIAL DISCRIMINATION BY CATHOLICS AND LUTHERANS

RACIAL DISCRIMINATION STARTED BY LORNA MARQUARDT, THE CATHOLIC AND LUTHERAN MAYOR OF SHAWANO, WISCONSIN SPREADS TO MINNESOTA BANKRUPTCY COURT AND ACROSS THE COUNTRY

BANKRUPTCY JUDGE DENNIS O'BRIEN ILLEGALLY CONVERTS CASE FROM 11 TO 7 IN CONSPIRACY WITH LOCAL IRS AGENT PATRICIA PATTON BASED UPON FABRICATED DOCUMENTS

THREE CATHOLICS - JUDGE NANCY DREHER, CHAPTER 7 TRUSTEE NAUNI MANTY, AND U.S. TRUSTEE COLIN KREUZIGER CONSPIRE TOGETHER AND HOLD SECRET EX PARTE MEETINGS TO DO HARM TO DEBTOR

**Visitors**

| | | | |
|---|---|---|---|
| US | 4,785 | VN | 4 |
| CA | 314 | SI | 4 |
| GB | 300 | ET | 4 |
| IN | 282 | HU | 3 |
| IL | 93 | TT | 3 |
| AU | 92 | SK | 3 |
| FR | 78 | CR | 3 |
| DE | 76 | LU | 3 |
| BE | 58 | MT | 3 |
| RU | 52 | CL | 3 |
| CH | 41 | MA | 3 |
| PH | 39 | BD | 3 |
| SE | 31 | AN | 2 |
| TW | 30 | LT | 2 |
| PK | 29 | ZM | 2 |
| MY | 27 | UG | 2 |
| NZ | 26 | GE | 2 |
| ZA | 20 | JM | 2 |
| BR | 19 | LY | 2 |
| IT | 18 | SN | 2 |
| MK | 18 | TN | 2 |
| ES | 18 | HN | 2 |
| NG | 16 | MK | 2 |
| IE | 16 | AF | 1 |
| PL | 14 | EE | 1 |
| IL | 13 | BY | 1 |
| EG | 13 | CU | 1 |
| SG | 13 | AZ | 1 |
| CZ | 13 | KH | 1 |
| LK | 13 | ZW | 1 |
| GR | 11 | KG | 1 |
| CZ | 10 | SC | 1 |
| RS | 10 | LC | 1 |
| ID | 9 | SR | 1 |
| IE | 16 | RE | 1 |
| AT | 9 | BH | 1 |
| TH | 9 | SY | 1 |
| GH | 8 | PA | 1 |
| AR | 8 | DJ | 1 |
| JP | 8 | LB | 1 |
| HK | 8 | IR | 1 |
| NO | 7 | BI | 1 |
| HR | 7 | CD | 1 |
| BG | 7 | UY | 1 |
| SA | 7 | HT | 1 |
| TR | 6 | IM | 1 |
| RO | 6 | BB | 1 |
| DK | 6 | TZ | 1 |
| CO | 6 | VE | 1 |
| CN | 6 | HA | 1 |
| FI | 5 | OM | 1 |
| PF | 5 | NP | 1 |
| KE | 5 | QA | 1 |
| PR | 5 | AO | 1 |
| PS | 5 | CI | 1 |
| BA | 5 | BN | 1 |
| UA | 4 | IQ | 1 |
| RW | 4 | YE | 1 |
| KW | 4 | EC | 1 |

10,812 pageviews

FLAG counter

TWITTER UPDATES

@Follow

RT @AnarchoGirl: The Pentagon is Offering Free Military Hardware To Every Police Department In The US http://t.co/HS0BEt5B #occupysd #ows
*16 hours ago*

RT @AP: Arizona Sheriff Joe Arpaio apologizes to victims for his office's large number of botched sex-crimes cases: http://t.co/xiYMKldo -CJ
*16 hours ago*

RT @LeidermanDevine: The Stop Online Piracy Act: Class War in Cyberspace via @truthout: http://t.co/JHTgNJWi #SOPA #Censorship
*16 hours ago*

RT @HuffingtonPost: Governor's office gets thousands of calls over 'holiday' tree controversy. http://t.co/Nns6KuhJ
*16 hours ago*

RT @LeeCamp: This video is for rich people ONLY! http://t.co/cbT9Snqb (M.O.C. #65 rerun) #Occupy #OWS #OccupyWallStreet
*16 hours ago*

RT @CBSAndrew: Good luck with that RT @washingtonpost: Bradley Manning's attorney wants Obama, Clinton to testify at trial: http://t.co/ ...
*16 hours ago*

RT @USA_Scumbags: @PrisonReformMvt SPECIAL REPORT: Florida's flawed system for policing the police http://t.co/DPCvW9qK #cop #cops #police
*16 hours ago*

RT @PCMag: Carrier IQ Fails the Occupy Wall Street Test http://t.co/P5XDQ4Ut
*16 hours ago*

RT @manicsocratic: "When the power of love overcomes the love of power the world will know peace." - Jimi Hendrix #WhyISupportOccupy
*16 hours ago*

RT @ACLU: 23k have already asked their Senators to stand against indefinite detention & vote NO on #NDAA. You can too: http://t.co/Gg0eckxM
*16 hours ago*

## ADMIN

Register
Log in
Entries RSS
Comments RSS
WordPress.com

## FOLLOW BLOG VIA EMAIL

Enter your email address to follow this blog and receive notifications of new posts by email.

Join 10 other followers



## BLOGROLL

http://www.aclu.org
http://www.christianwatchindia.wordpress.com
http://www.democracynow.org
http://www.exChristian.net
http://www.fox11online.com

---

NAUNI MANTY MAKES FALSE ACCUSATION THAT RECORDS OF DEBTOR ARE MISSING ALTHOUGH SHE CANNOT POINT TO ANY SPECIFIC DOCUMENT WHICH IS MISSING AND FILES MOTION FOR CONTEMPT AGAINST ITS PRESIDENT SEEKING INCARCERATION

NAUNI MANTY SENT COLIN KREUZIGER AND DEBTOR'S ATTORNEY NOTICE THAT HEARING ON THE CONTEMPT MOTION IS SET FOR NOVEMBER 17, 2011 AT 1:30 P.M. WHEN DEBTOR'S ATTORNEY ARRIVES AT 1:20 P.M. SHE IS INFORMED BY NANCY DREHER'S CLERK THAT THE HEARING IS OVER - NAUNI MANTY AND COLIN KREUZIGER WERE PRESENT AND HAVE LEFT

WHEN DEBTOR'S ATTORNEY PROTESTS THAT THE NOTICE SENT TO DEBTOR SHOWED THAT HEARING WAS SET FOR 1:30 P.M. AND IT WAS ONLY 1:20 NANCY DREHER'S CLERK TELLS DEBTOR'S ATTORNEY THAT THERE WAS "CONFUSION" ABOUT THE TIME AND THAT THEY COULD HAVE HEARING ANOTHER LATER THAT AFTERNOON AT 4:00 P.M.

OBVIOUSLY THERE WAS A CONSPIRACY AND SECRET DISCUSSIONS BETWEEN NAUNI MANTY AND COLIN KREUZIGER AS COLIN RECEIVED THE SAME NOTICE SETTING THE HEARING FOR 1:30 P.M. BUT YET APPEARED FOR A HEARING A 1:00 P.M. AND "PRETENDS" WITH NAUNI MANTY TO NOT KNOW WHY DEBTOR'S ATTORNEY WAS ABSENT - HEARING PROCEEDS PROMPTLY AT 1:00 P.M. - NOT A SECOND LATER

DUE TO SCHEDULE CONFLICT, DEBTOR'S ATTORNEY REQUESTS HEARING FOR THE FOLLOWING DAY, REQUEST IS DENIED, AND SHE IS TOLD MATTER WAS CONTINUED TO DECEMBER 6, 2011

FOLLOWING DAY, DREHER ISSUES ORDER FINDING DEBTOR IN **DEFAULT** DESPITE HER KNOWLEDGE THAT DEBTOR'S ATTORNEY WAS NOT PRESENT DUE TO THE FACT THAT THE NOTICE INDICATED HEARING TIME OF 1:30 P.M. - ONE CAN ONLY CONCLUDE A CONSPIRACY AMONG THE THREE CATHOLICS AS THEY ALL KNEW TO APPEAR AT 1:00 P.M. AND DID NOT WAIT EVEN A SECOND AFTER 1:00 P.M. TO SEE IF DEBTOR'S ATTORNEY WOULD APPEAR

DEBTOR FILED MOTION TO VACATE ILLEGAL ORDER - JUDGE DREHER REFUSES TO VACATE ILLEGAL ORDER

<u>HEARING ON DECEMBER 6, 2011 @ 3:00 P.M.</u>

EVIL INTENT FOR DEBTOR PLANNED BY THREE CATHOLICS - NANCY DREHER, NAUNI MANTY, AND COLIN KREUZIGER

IF NOT SOLVED, DEBTOR HAS NO CHOICE BUT TO REFER THIS MATTER TO INTERNATIONAL AGENCIES, FOREIGN MEDIA, UNITED NATIONS, AND A FOREIGN GOVERNMENT

IT IS AN ILLEGAL, UNJUST, OUTRAGEOUS RACIAL DISCRIMINATION CONSPIRACY OF UNDER THE "COLOR OF LAW"

WHO IS THE DEBTOR AND WHAT IS THIS ALL ABOUT? READ FOR YOURSELF

I am the CEO of the Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST"), a 501(c)(3) educational institution founded by a businessman from India. Decades ago, the Indian businessman was approached by members of the Catholic and Lutheran churches. They asked him to be their emissary in India to convert the Hindus and do their dirty job in creating civil unrest in the government. The Indian businessman refused to get involved in doing their evil work. As a result, decades ago, SIST and its personnel were selected as targets of the demonic Catholic Church as the Indian businessman would not comply with their wishes. Since that day, justice has been denied to SIST, its personnel, and every business even remotely connected to the Indian businessman.                                                        ▢Follow

http://www.freedocumentaries.org/
http://www.hiddenfromhistory.org
http://www.hiddenworldnews.org
http://www.humanitas-international.org
http://www.indiatimes.com
http://www.infowars.com
http://www.innocenceproject.org
http://www.moveon.org
http://www.newsbusters.org
http://www.philipbrennan.net
http://www.prisonplanet.com
http://www.rt.com
http://www.russellmeans.com
http://www.shawano-wisconsin.com
http://www.shawanoleader.com
http://www.thepeoplesnews.net
http://www.un.org
http://www.vaticancrimes.us
http://www.watch-documentaries.com/
http://www.waxingamerica.com
http://www.wbay.com
http://www.whatyoushouldknowaboutshawano.c
http://www.wikileaks.ch

**FAIR USE NOTICE:**

This site contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available in our efforts to advance understanding of environmental, political, human rights, economic, democracy, scientific, and social justice issues, etc. We believe this constitutes a 'fair use' of any such copyrighted material as provided for in section 107 of the US Copyright Law. In accordance with Title 17 U.S.C. Section 107, the material on this site is distributed without profit to those who have expressed a prior interest in receiving the included information for research and educational purposes. For more information go to:
http://www.law.cornell.edu/uscode/17/107.shtml. If you wish to use copyrighted material from this site for purposes of your own that go beyond 'fair use', you must obtain permission from the copyright owner.

SIST owns millions of dollars of assets in a small town called Shawano, Wisconsin. Over a decade ago, the church installed a mayor in that town who is a xenophobic white supremacist named Lorna Marquardt to fulfill their agenda with respect to the Indian businessman. Lorna Marquardt is the descendant of the most powerful yet dreadful people in human history: priests, nuns, Martin Luther, and Hitler. As CEO of SIST, for nearly a decade, I have felt blow after blow of Shawano Mayor Lorna Marquardt's racial discrimination, destruction of our businesses, negative publicity, and financial harassment. This negative publicity has been propagated across the country through church's controlled media.

Prior to the onset of the destructive attack by Lorna Marquardt in concert with the media, SIST was flying on the wings of prosperity and success. Over time however, ultimately the actions of Lorna Marquardt and her media led to bankruptcy filings by SIST and its affiliates. One of the subsidiaries which had to file for bankruptcy protection is Yehud-Monosson. I am the President of Yehud-Monosson USA, Inc. But, apparently because Yehud-Monosson is affiliated with an Indian businessman, it does not even have a right to file for bankruptcy protection.

Getting to the most immediate and impending matter at hand, immediately after Yehud-Monosson filed for bankruptcy protection, a priest's boy named Colin Kreuziger from the Office of the United States Trustee, immediately filed a motion claiming that the bankruptcy filing was done in bad faith and requesting that the case be converted from a Chapter 11 to Chapter 7 even though this was the first time the company had ever filed for bankruptcy protection. Bankruptcy Judge Dennis O'Brien, the Jesuit Catholic, did not allow Debtor to hire an attorney to defend itself and refused to allow Debtor to have an evidentiary hearing. Debtor was not permitted to present any evidence in its defense. In fact, on the day of the conversion, Jesuit O'Brien in conspiracy with a Catholic IRS agent from St. Paul named Patricia Patton, and priest's delight Kreuziger of the U.S. Trustee's Office, submitted a falsified affidavit claiming that the tax exempt status SIST had been revoked. That made conversion from an 11 to a 7 possible. On that basis, O'Brien converted the case on the spot. Without further ado, O'Brien, the Jesuit beast, converted the case from an 11 to a 7 and appointed another Catholic inquisitor, Nauni Manty, as the trustee to handle the liquidation of all the assets of the company. Since the date of conversion, June 16, 2011, all the assets and adversary actions of the Debtor which were worth tens of millions of dollars have been liquidated for pennies and donated to other dues paying members of the Catholic Church. For years they have been planning to rob the assets and wealth of the Indian businessman. Finally, they were successful in doing so under the "color of law".

You would think that after they successfully robbed the present of the company and liquidated them, matters would end. But no, Nauni Manty the present day Torquemada, has to drag on the torture and gloat on her success in robbing the assets of a "minority" since the judges are on her side. Whatever the black-robed bigot says becomes an order and there is no other neutral party to which one can go for respite, rescue, or relief. Since all the assets of the company have been liquidated, Grand Inquisitor Nauni Manty filed a turnover motion requesting that Debtor's records be produced. Despite Debtor's objections, O'Brien the dastardly Jesuit, granted Nauni Manty's motion. In response to the order, Debtor produced every single piece of paper in its records. After the records were all produced, Nauni Manty filed a motion seeking a finding of contempt and incarceration for failure to produce phantom documents which do not exist and documents which she already has. No documents are missing. Everything which the Debtor had was produced. After the motion for contempt was filed, O'Brien, the dirty Jesuit, recused himself from the case. The case was then reassigned to another Catholic Knight Witch Hunter, Nancy Dreher.

Jesuitess Nauni Manty is like a bulldozer rolling ahead with her extermination machine. By fabricating lies and stories, she hopes to obtain my incarceration because she knows Debtor has no rights or legal remedies. The entire country is under the control of the Catholic Church. Taking me into custody under the "color of law" makes murder one step easier since she knows SIST and its personnel have no interest in being converted to her dirty deadly religion. So, Jesuitess Nauni Manty is going to use her power to its fullest to do her part of oppress, harass, and torture.

Jesuitess Nauni Manty sent a notice of the hearing on the motion for contempt to Debtor's attorney and to priest's delight Kreuziger which indicated that the hearing was set for November 17, 2011 at 1:30 p.m. Debtor's attorney arrived ten minutes prior to the scheduled hearing time. Upon her arrival, Debtor's attorney was informed by Dreher's clerk that the hearing was already over and that Nauni Manty and Colin Kreuziger were gone. How is it that Kreuziger, who received the same notice which indicated the hearing was set for 1:30 p.m., appeared at 1:00 p.m.? Even though Dreher knew of the "confusion" regarding the hearing time, she issues an order by default that mandates my appearance on December 6, 2011 at 3:00 p.m. The only logical conclusion one can draw is that the three Catholics are part of a conspiracy. On what legal authority can Witch Dreher hold a hearing by default prior to the scheduled hearing time? None. Why? So I can be taken into custody from the courtroom. Then it becomes that much easier for them to murder, torture, or do whatever they so choose with me. Who knows if I will ever be seen again or if I will mysteriously die while in their

bloody hands. Debtor asked Dreher to vacate her order, Witch Dreher refused. If she was sincere about the "confusion" regarding the hearing time, she should have been quick to vacate the order. Since she did not, it only reinforces the conclusion that it was a conspiracy.

Throughout the centuries, millions of people, myself included, have wondered and questioned how Christians have managed to do so many deadly and horrendous deeds, in the name of god and their church, to other human beings and nations. How is it possible that events like the Crusades, Inquisition, Holocaust, genocides, witch hunts, slavery, blood libel stories, expulsion of certain races and/or religions from certain lands, extermination of entire Native American civilizations, and thousands of daily massacres around the world could have happened and are happening? The evils of Lorna Marquardt, the court systems, and law enforcement agencies, have led to my discovery that the Christian religion has no credibility. It is based upon made-up characters and people. The Catholic Church has nothing to do with religion or the spiritual aspect of life. It is a fraud and a scam created by the Roman powers to control the destiny of the world and amass hundreds of trillions of dollars to their empire. Since Roman Church could not satisfy the intellectuals or the religious people, it resorted to murder and torture to force its religion upon the people.

It is scary and it is frightening almost to the point of panic that in the 21st century in an era of global knowledge in the United States there is no justice for the minority and the dirty Catholics continue their same evil works of the medieval ages. The sword and cross have become the source of justice in the United States and the media is their agent to propagate their agenda. There is no country on the face of the whole earth where the type of events that occur under the color of law in the United States can ever occur. An innate sense of justice simply makes the occurrence of such events impossible in other countries. In the United States, however, it has become self-evident that anyone who is not a Catholic and who does not belong to the "white race" has no right to life.

In earlier centuries the church and priest, ruled the nations and the right to life was a privilege which was in their sole discretion. Entire civilizations were decimated as the church and priest determined the right to life was not a privilege afforded that population. Sadly, that tradition has not changed. In early centuries, the church openly displayed its power. Today, it has the same power only it runs the show behind the scenes. The church has the power to punish anyone they so choose, kill who they so choose, and torture who they so choose. The murder and torture of Jews, minorities, and Protestants by the Catholic Church in Europe during the Dark Ages, continues today under the "color of law". Under the pretense of law, the minority is persecuted, oppressed, and harassed every day in the United States. Literally, it is downright frightening that in the United States, a minority member's life has absolutely no value. Like an ant or a cockroach, at any moment they can be trampled underfoot and rubbed into the ground. Across the country, the media, judiciary, and governmental agencies are agents of the Catholic Church united under one common theme: the superiority of their race and religion. Everyone understands the spoken or unspoken modus operandi to persecute, oppress, and harass the minority. When church oppresses a minority it signals to other members of their cultic group to protect and conceal its atrocities and propagate its ultimate agenda through that particular member's supreme power. Whether that power is possessed as a member of the judiciary, a representative of government, a representative of various governmental agencies, or part of the media, the members of this group understand each other and use their supreme power to bring about the ultimate agenda of the church under the pretense of law. The gravest miscarriages of justice, murder, and human rights violations occur every day and no media, no member of the judiciary, and no member of the government will do anything to oppose it.

In the prophetic words of Abraham Lincoln, another great man murdered by the Catholic Church, "I see a very dark cloud on America's horizon, and that cloud is coming from Rome". Since that time, in a little over one hundred years, Catholic Inquisitors have taken over the country. The Catholic Church has installed their judges in every court across the country. They have installed their sordid Jesuits in every level of government, local, state, and federal. The country's economy is controlled by the church. Congress is controlled by the Catholic Church. Every media is controlled by the Catholic Church. Either it is owned outright by the church or the church a major stockholder. Freedom of speech and freedom of press only apply to the church. The church can say anything it so chooses and print anything it so chooses against its enemies because it holds the pen and the microphone.

In the United States, every media works as the mouthpiece the church to promote their agenda against their enemies. Christian media is dirty, filthy, and full of lies. As the mouthpiece of the most dangerous, deadly death cult in human history, every day Christian media vomits lies to fool the innocent and the minority. For years, the church has used its media, to saturate Minnesota, Wisconsin, and the entire country with false, slanderous and defamatory negative propaganda against SIST and its personnel to fulfill their agenda. This includes every media such as the Minneapolis Star & Tribune, WCCO, Pioneer Press, Rochester Post Bulletin, KSTP, CBS, WSAW, NBC, Shawano Leader, and innumerable other media outlets. Not a single media

Follow

has taken a stand for justice. For decades, every single day the media have been blasting stories against SIST and its personnel.

Where are these media outlets when millions of children were and are being molested by priests every day and the churches are declaring bankruptcy to avoid paying their victims? Since the church has installed their judges in bankruptcy courts, the judges approve the bankruptcies and the media conceals it. Why the silence? If some other religion had same disease as Catholic priests, it would be in the media every day. Laws would be passed to force that religious group to change their way of life such that priests would not be allowed into the profession without wives and nuns without husbands. How many bestial predatorial priests are sitting on death row? Had it been any other religion, executions would be occurring every day. Where are the media when millions of minorities are being murdered and tortured around the world by the Catholic Church? Take a look for yourself at www.vaticancrimes.us and www.vaticanassassins.org and see the righteous works of these demons. It is a pagan and demonic organization noted for its immorality, corruption, violence, wealth, and power. These actions make it clear that the media is an agent the church in power to control the "news" that is made available to people around the world and manipulate public opinion to promote the church's agenda. It is truly pathetic.

Besides the media, the church has employed their "army" in every walk of life to enforce the agenda of the church and amass trillions of dollars of wealth for the church by robbing the minority and those who refuse to be converted to the Catholic cultic religion. A statement, made by a nationally syndicated Catholic priest, perhaps is reveals the magnitude of this demonic organization. 'The Catholic church,' he said, 'must be the biggest corporation in the United States. We have a branch office in every neighborhood. Our assets and real estate holdings must exceed those of Standard Oil, A.T.&T., and U.S. Steel combined. And our roster of dues-paying members must be second only to the tax rolls of the United States Government.' In fact, "the Catholic church is the biggest financial power, wealth accumulator and property owner in existence. She is a greater possessor of material riches than any other single institution, corporation, bank, giant trust, government or state of the whole globe." The Catholic Church has nothing to do with religion or the spiritual aspect of life. It is a fraud and a scam created by the Roman powers to control the destiny of the world and amass hundreds of trillions of dollars to their empire. The Catholic Church owns banks such as Bank of America, BP, pharmaceutical companies, and virtually every type of business, tax free. Shockingly, one of those businesses is murder. There are hundreds of thousands of Catholic organizations working undercover around the world which receive billions of dollars in federal aid. Meanwhile, since they pay no taxes, the tax burden is added to everyone else including the poor who are struggling just to keep food on their table. That is called the "works of love" of the Catholic Church. It is despicable.

Because I exposed the religious and racial conspiracy of the judges and trustees in Minnesota, they are going after me to punish me with their personal vendetta. As a result the agents of the church in Minnesota Bankruptcy Court, Catholic Knight Witch Hunter Dreher, Jesuit Dennis O'Brien, priest's delight Colin Kreuziger of the Office of the U.S. Trustee, and Jesuitess Nauni Manty, they had a secret hearing on November 17, 2011 to determine how to crush and punish me without a proper hearing. I have asked that an outside accounting firm determine if there really are any documents missing. My request was ignored. It is reminiscent of medieval times where the church called a town meeting and invited the rabbi debate with a priest. Anything that rabbi said could be called blasphemy by the church which was punishable by death. Then, the church had an excuse to murder the rabbi, his family, and the entire Jewish community. It is no different today. The church holds the pen and the microphone, no one else has a right to speak. Freedom of speech and freedom of press are only for the church. I should be silent so the church can do its dirty job quietly and undercover. Since I am an attorney and the most outspoken representative of the company, the plan is to get rid of me so it becomes that much easier for them to carry out their plans.

The philosophy and strategy of the church has not changed. In earlier times, the church took note of the Jews and labeled them as the most vital enemy of the church because they exposed lies and lack of credibility of the church. The Jews viewed the church for what it was and is - a pagan religion with five characteristics: immorality, violence, power, wealth, and corruption. The Jews were a living testament to the fact that the Christian bible is a dirty book of lies written and rewritten for the wishes of the church. For example, history proves that whom the Christians call their god was not born in the zero calendar year. But, there was someone by that name that lived 165 years before zero.

Thus, for many reasons, since the creation of Christianity, the plan of the Roman church has been to wipe out the Jews. The Roman church felt that if they wiped out the Jews, no one would challenge their bible, the dirty book of lies. The church planned out ways to kill and wipe out the Jewish population through blood libel stories, the Inquisition, thousands of massacres, and climaxed with the Holocaust. SIST's case is no different. The church feels that the Indian businessman and his personnel must be eliminated.

ᑐFollow

Literally, it is downright dreadful as the destiny of the country is dictated by the church. The Catholic Church is using the United States as its chess piece to go all over the world starting wars and murdering thousands of innocent people, just so the Catholic Church can come in behind them under the pretense of social works to repair the war damage and take over the country and amass more to their empire. A most recent United Nations report reveals that "genocide is the missionary profession: converting other peoples to Christianity and thus destroying them as an ethnical group, and denying the right of native peoples to exist as what they are, with their own culture, language, and religion". "And this so-called righteous work continues even today around the world in the name of [Christian] humanitarian work." Catholics are the bigots of the past, present, and future where they are working undercover around the world to rule and determine the destiny of peoples of other races and religions. History proves over and over that they have exercised their power in the past to exterminate people of different races and religions. Today, they exercise that same power to oppress the minority and to force them to be converted or face the consequences. They are cruel, they are brutal, and they are evil. The mere fact that a country like the United States maintains diplomatic relations with a religious leader, the bestial pope who is a known child molester, is telling of the strength of the grip of the deadly disease called Catholicism.

It is an ignominy that there is no justice for the minority in the United States. In more than a decade, I have never seen the minority experience justice in a single case. In Debtor's experience, "justice" is determined by one's race and religion. If SIST's case was based upon law, the case could easily have been concluded. But, because the impetus is of a racial and religious nature, SIST is having a hard time finding justice. In fact, it has been impossible. Likewise, Yehud-Monosson USA, Inc. was in bankruptcy going through the motions of trying to get "justice" which it will never get. Justice has been denied to SIST and its personnel because it did not, will not, and never will bow down to the church, the dirtiest abode of the most dangerous death cult in human history. This case itself is a travesty of justice and a demonstration of the freedom and democracy that exists in a so-called democratic society right here in Minnesota, in bankruptcy court with its judges Robert Kressel, Dennis O'Brien, and now, Nancy Dreher. If Nancy Dreher were so impartial, then she should liquidate the assets of the Catholic Church to pay poor children whose innocent lives have been devastated by priests. She should think independently for the execution of justice rather than following the robotic orders of the church.

I request that public and international community investigate this matter. I request that President Obama, Attorney General Eric Holder, the Senate Investigation Committee, the International Court of Justice, United Nations, and International human rights agencies investigate this matter and the entire bankruptcy case. If the United States is going to take no action, I will be forced to bring this matter to the attention for foreign media. This contempt motion is a lie and fabrication. I have produced every piece of paper is Debtor's records and Jesuitess Nauni Manty has acknowledged receipt of those documents. She demanded that I produce an address. I am not her secretary or her clerk to do her dirty job for her. One of her staff can give her the same information that I can provide. This contempt motion is a lie and a pretense to accomplish their purpose to suppress. It is just like their bible which is nothing but dirty toilet paper.

I am requesting an urgent investigation into this matter to spare my life and that of others. All I am asking is for you to investigate this matter and protect my rights as a citizen of the United States. The United States is going all over the world to "stop human rights violations" and "bring justice". But when are you going to stop injustice which is occurring right under your nose? My case is a prime example. It is time for the injustice to stop dead in its tracks. Presently the hearing on this matter is set for **December 6, 2011 at 3:00 p.m.** Let the whole world watch what these brutes are going to do. Execution of justice in the United States is impossible and nonexistent. Unless you intervene, I will be incarcerated and likely murdered. Should you need any additional information, I can be reached at imoanie@gmail.com or by telephone at 917-385-1400.

Share this:            o

Like this:        Like  Be the first to like this post.

Posted on December 5, 2011, in Shawano and tagged Avraham Cohen, discrimination, Lorna Marquardt, Naomi Isaacson, Shawano, SIST. Bookmark the permalink. Leave a Comment.

+ — Assange granted appeal in UK Supreme Court

COMMENTS (0)      LEAVE A COMMENT              ɕFollow

## FROM THE DESK OF C.E.O. NAOMI ISAACSON, J.D.

**DR. R. C. SAMANTA ROY INSTITUTE OF SCIENCE & TECHNOLOGY**
**PO BOX 11768**
**GREEN BAY, WI 54307**

---

**NAOMI ISAACSON REQUESTS AN <u>URGENT INVESTIGATION</u> BY STATE, FEDERAL, AND INTERNATIONAL AGENCIES AND PROTECTION OF HER RIGHTS AS A CITIZEN OF USA**

**MINNESOTA AND WISCONSIN ARE THE CENTERS FOR RACIAL DISCRIMINATION BY CATHOLICS AND LUTHERANS**

**RACIAL DISCRIMINATION STARTED BY LORNA MARQUARDT, THE CATHOLIC AND LUTHERAN MAYOR OF SHAWANO, WISCONSIN SPREADS TO MINNESOTA BANKRUPTCY COURT AND ACROSS THE COUNTRY**

**BANKRUPTCY JUDGE DENNIS O'BRIEN ILLEGALLY CONVERTS CASE FROM 11 TO 7 IN CONSPIRACY WITH LOCAL IRS AGENT PATRICIA PATTON BASED UPON FABRICATED DOCUMENTS**

**THREE CATHOLICS - JUDGE NANCY DREHER, CHAPTER 7 TRUSTEE NAUNI MANTY, AND U.S. TRUSTEE COLIN KREUZIGER CONSPIRE TOGETHER AND HOLD SECRET EX PARTE MEETINGS TO DO HARM TO DEBTOR**

**NAUNI MANTY MAKES FALSE ACCUSATION THAT RECORDS OF DEBTOR ARE MISSING ALTHOUGH SHE CANNOT POINT TO ANY SPECIFIC DOCUMENT WHICH IS MISSING AND FILES**

EXHIBIT B

MOTION FOR CONTEMPT AGAINST ITS PRESIDENT SEEKING INCARCERATION

NAUNI MANTY SENT COLIN KREUZIGER AND DEBTOR'S ATTORNEY NOTICE THAT HEARING ON THE CONTEMPT MOTION IS SET FOR NOVEMBER 17, 2011 AT 1:30 P.M. WHEN DEBTOR'S ATTORNEY ARRIVES AT 1:20 P.M. SHE IS INFORMED BY NANCY DREHER'S CLERK THAT THE HEARING IS OVER – NAUNI MANTY AND COLIN KREUZIGER WERE PRESENT AND HAVE LEFT

WHEN DEBTOR'S ATTORNEY PROTESTS THAT THE NOTICE SENT TO DEBTOR SHOWED THAT HEARING WAS SET FOR 1:30 P.M. AND IT WAS ONLY 1:20 NANCY DREHER'S CLERK TELLS DEBTOR'S ATTORNEY THAT THERE WAS "CONFUSION" ABOUT THE TIME AND THAT THEY COULD HAVE HEARING ANOTHER LATER THAT AFTERNOON AT 4:00 P.M.

OBVIOUSLY THERE WAS A CONSPIRACY AND SECRET DISCUSSIONS BETWEEN NAUNI MANTY AND COLIN KREUZIGER AS COLIN RECEIVED THE SAME NOTICE SETTING THE HEARING FOR 1:30 P.M. BUT YET APPEARED FOR A HEARING A 1:00 P.M. AND "PRETENDS" WITH NAUNI MANTY TO NOT KNOW WHY DEBTOR'S ATTORNEY WAS ABSENT – HEARING PROCEEDS PROMPTLY AT 1:00 P.M. – NOT A SECOND LATER

DUE TO SCHEDULE CONFLICT, DEBTOR'S ATTORNEY REQUESTS HEARING FOR THE FOLLOWING DAY, REQUEST IS DENIED,

AND SHE IS TOLD MATTER WAS CONTINUED TO DECEMBER 6, 2011

FOLLOWING DAY, DREHER ISSUES ORDER FINDING DEBTOR IN DEFAULT DESPITE HER KNOWLEDGE THAT DEBTOR'S ATTORNEY WAS NOT PRESENT DUE TO THE FACT THAT THE NOTICE INDICATED HEARING TIME OF 1:30 P.M. – ONE CAN ONLY CONCLUDE A CONSPIRACY AMONG THE THREE CATHOLICS AS THEY ALL KNEW TO APPEAR AT 1:00 P.M. AND DID NOT WAIT EVEN A SECOND AFTER 1:00 P.M. TO SEE IF DEBTOR'S ATTORNEY WOULD APPEAR

DEBTOR FILED MOTION TO VACATE ILLEGAL ORDER – JUDGE DREHER REFUSES TO VACATE ILLEGAL ORDER

HEARING ON DECEMBER 6, 2011 @ 3:00 P.M.

EVIL INTENT FOR DEBTOR PLANNED BY THREE CATHOLICS - NANCY DREHER, NAUNI MANTY, AND COLIN KREUZIGER

IF NOT SOLVED, DEBTOR HAS NO CHOICE BUT TO REFER THIS MATTER TO INTERNATIONAL AGENCIES, FOREIGN MEDIA, UNITED NATIONS, AND A FOREIGN GOVERNMENT

IT IS AN ILLEGAL, UNJUST, OUTRAGEOUS RACIAL DISCRIMINATION CONSPIRACY OF UNDER THE "COLOR OF LAW"

# WHO IS THE DEBTOR AND WHAT IS THIS ALL ABOUT? READ FOR YOURSELF

I am the CEO of the Dr. R.C. Samanta Roy Institute of Science & Technology, Inc. ("SIST"), a 501(c)(3) educational institution founded by a businessman from India. Decades ago, the Indian businessman was approached by members of the Catholic and Lutheran churches. They asked him to be their emissary in India to convert the Hindus and do their dirty job in creating civil unrest in the government. The Indian businessman refused to get involved in doing their evil work. As a result, decades ago, SIST and its personnel were selected as targets of the demonic Catholic Church as the Indian businessman would not comply with their wishes. Since that day, justice has been denied to SIST, its personnel, and every business even remotely connected to the Indian businessman.

SIST owns millions of dollars of assets in a small town called Shawano, Wisconsin. Over a decade ago, the church installed a mayor in that town who is a xenophobic white supremacist named Lorna Marquardt to fulfill their agenda with respect to the Indian businessman. Lorna Marquardt is the descendant of the most powerful yet dreadful people in human history: priests, nuns, Martin Luther, and Hitler. As CEO of SIST, for nearly a decade, I have felt blow after blow of Shawano Mayor Lorna Marquardt's racial discrimination, destruction of our businesses, negative publicity, and financial harassment. This negative publicity has been propagated across the country through church's controlled media.

Prior to the onset of the destructive attack by Lorna Marquardt in concert with the media, SIST was flying on the wings of prosperity and success. Over time however, ultimately

the actions of Lorna Marquardt and her media led to bankruptcy filings by SIST and its affiliates. One of the subsidiaries which had to file for bankruptcy protection is Yehud-Monosson. I am the President of Yehud-Monosson USA, Inc. But, apparently because Yehud-Monosson is affiliated with an Indian businessman, it does not even have a right to file for bankruptcy protection.

Getting to the most immediate and impending matter at hand, immediately after Yehud- Monosson filed for bankruptcy protection, a priest's boy named Colin Kreuziger from the Office of the United States Trustee, immediately filed a motion claiming that the bankruptcy filing was done in bad faith and requesting that the case be converted from a Chapter 11 to Chapter 7 even though this was the first time the company had ever filed for bankruptcy protection. Bankruptcy Judge Dennis O'Brien, the Jesuit Catholic, did **not** allow Debtor to hire an attorney to defend itself and refused to allow Debtor to have an evidentiary hearing.   Debtor was not permitted to present any evidence in its defense. In fact, **on the day of the conversion,** Jesuit O'Brien in conspiracy with a Catholic IRS agent from St. Paul named Patricia Patton, and priest's delight Kreuziger of the U.S. Trustee's Office, submitted a falsified affidavit claiming that the tax exempt status SIST had been revoked.  That made conversion from an 11 to a 7 possible. On that basis, O'Brien converted the case on the spot. Without further ado, O'Brien, the Jesuit beast, converted the case from an 11 to a 7 and appointed another Catholic inquisitor, Nauni Manty, as the trustee to handle the liquidation of all the assets of the company.  Since the date of conversion, June 16, 2011, all the assets and adversary actions of the Debtor which were worth tens of millions of dollars have been liquidated for pennies and donated to other dues paying members of the Catholic Church. For

years they have been planning to rob the assets and wealth of the Indian businessman. Finally, they were successful in doing so under the "color of law".

You would think that after they successfully robbed the assets of the company and liquidated them, matters would end. But no, Nauni Manty the present day Torquemada, has to drag on the torture and gloat on her success in robbing the assets of a "minority" since the judges are on her side. Whatever the black-robed bigot says becomes an order and there is no other neutral party to which one can go for respite, rescue, or relief. Since all the assets of the company have been liquidated, Grand Inquisitor Nauni Manty filed a turnover motion requesting that Debtor's records be produced. Despite Debtor's objections, O'Brien the dastardly Jesuit, granted Nauni Manty's motion. In response to the order, Debtor produced every single piece of paper in its records. After the records were all produced, Nauni Manty filed a motion seeking a finding of contempt and incarceration for failure to produce phantom documents which do not exist and documents which she already has. No documents are missing. Everything which the Debtor had was produced. After the motion for contempt was filed, O'Brien, the dirty Jesuit, recused himself from the case. The case was then reassigned to another Catholic Knight Witch Hunter, Nancy Dreher.

Jesuitess Nauni Manty is like a bulldozer rolling ahead with her extermination machine. By fabricating lies and stories, she hopes to obtain my incarceration because she knows Debtor has no rights or legal remedies. The entire country is under the control of the Catholic Church. Taking me into custody under the "color of law" makes murder one step easier since she knows SIST and its personnel have no interest in being converted to her dirty deadly religion. So,

Jesuitess Nauni Manty is going to use her power to its fullest to do her part of oppress, harass, and torture.

Jesuitess Nauni Manty sent a notice of the hearing on the motion for contempt to Debtor's attorney and to priest's delight Kreuziger which indicated that the hearing was set for November 17, 2011 at **1:30** p.m. Debtor's attorney arrived ten minutes prior to the scheduled hearing time. Upon her arrival, Debtor's attorney was informed by Dreher's clerk that the hearing was already over and that Nauni Manty and Colin Kreuziger were gone. How is it that Kreuziger, who received the same notice which indicated the hearing was set for 1:30 p.m., appeared at 1:00 p.m.? Even though Dreher knew of the "confusion" regarding the hearing time, she issues an order **by default** that mandates my appearance on **December 6, 2011 at 3:00 p.m.** The only logical conclusion one can draw is that the three Catholics are part of a conspiracy. On what legal authority can Witch Dreher hold a hearing by default prior to the scheduled hearing time? None. Why? So I can be taken into custody from the courtroom. Then it becomes that much easier for them to murder, torture, or do whatever they so choose with me. Who knows if I will ever be seen again or if I will mysteriously die while in their bloody hands. Debtor asked Dreher to vacate her order, Witch Dreher refused. If she was sincere about the "confusion" regarding the hearing time, she should have been quick to vacate the order. Since she did not, it only reinforces the conclusion that it was a conspiracy.

Throughout the centuries, millions of people, myself included, have wondered and questioned how Christians have managed to do so many deadly and horrendous deeds, in the name of god and their church, to other human beings and nations. How is it possible that

events like the Crusades, Inquisition, Holocaust, genocides, witch hunts, slavery, blood libel stories, expulsion of certain races and/or religions from certain lands, extermination of entire Native American civilizations, and thousands of daily massacres around the world could have happened and are happening? The evils of Lorna Marquardt, the court systems, and law enforcement agencies, have led to my discovery that the Christian religion has no credibility. It is based upon made-up characters and people. The Catholic Church has nothing to do with religion or the spiritual aspect of life. It is a fraud and a scam created by the Roman powers to control the destiny of the world and amass hundreds of trillions of dollars to their empire. Since Roman Church could not satisfy the intellectuals or the religious people, it resorted to murder and torture to force its religion upon the people.

It is scary and it is frightening almost to the point of panic that in the 21st century in an era of global knowledge in the United States there is no justice for the minority and the dirty Catholics continue their same evil works of the medieval ages. The sword and cross have become the source of justice in the United States and the media is their agent to propagate their agenda. There is no country on the face of the whole earth where the type of events that occur under the color of law in the United States can ever occur. An innate sense of justice simply makes the occurrence of such events impossible in other countries. In the United States, however, it has become self-evident that anyone who is not a Catholic and who does not belong to the "white race" has no right to life.

In earlier centuries the church and priest, ruled the nations and the right to life was a privilege which was in their sole discretion. Entire civilizations were decimated as the church

and priest determined the right to life was not a privilege afforded that population. Sadly, that tradition has not changed. In early centuries, the church openly displayed its power. Today, it has the same power only it runs the show behind the scenes. The church has the power to punish anyone they so choose, kill who they so choose, and torture who they so choose. The murder and torture of Jews, minorities, and Protestants by the Catholic Church in Europe during the Dark Ages, continues today under the "color of law". Under the pretense of law, the minority is persecuted, oppressed, and harassed every day in the United States. Literally, it is downright frightening that in the United States, a minority member's life has absolutely no value. Like an ant or a cockroach, at any moment they can be trampled underfoot and rubbed into the ground. Across the country, the media, judiciary, and governmental agencies are agents of the Catholic Church united under one common theme: the superiority of their race and religion. Everyone understands the spoken or unspoken modus operandi to persecute, oppress, and harass the minority. When church oppresses a minority it signals to other members of their cultic group to protect and conceal its atrocities and propagate its ultimate agenda through that particular member's supreme power. Whether that power is possessed as a member of the judiciary, a representative of government, a representative of various governmental agencies, or part of the media, the members of this group understand each other and use their supreme power to bring about the ultimate agenda of the church under the pretense of law. The gravest miscarriages of justice, murder, and human rights violations occur every day and no media, no member of the judiciary, and no member of the government will do anything to oppose it.

In the prophetic words of Abraham Lincoln, another great man murdered by the Catholic Church, "I see a very dark cloud on America's horizon, and that cloud is coming from Rome". Since that time, in a little over one hundred years, Catholic inquisitors have taken over the country. The Catholic Church has installed their judges in every court across the country. They have installed their sordid Jesuits in every level of government, local, state, and federal. The country's economy is controlled by the church. Congress is controlled by the Catholic Church. Every media is controlled by the Catholic Church. Either it is owned outright by the church or the church a major stockholder. Freedom of speech and freedom of press only apply to the church. The church can say anything it so chooses and print anything it so chooses against its enemies because it holds the pen and the microphone.

In the United States, every media works as the mouthpiece the church to promote their agenda against their enemies. Christian media is dirty, filthy, and full of lies. As the mouthpiece of the most dangerous, deadly death cult in human history, every day Christian media vomits lies to fool the innocent and the minority. For years, the church has used its media, to saturate Minnesota, Wisconsin, and the entire country with false, slanderous and defamatory negative propaganda against SIST and its personnel to fulfill their agenda. This includes every media such as the Minneapolis Star & Tribune, WCCO, Pioneer Press, Rochester Post Bulletin, KSTP, CBS, WSAW, NBC, Shawano Leader, and innumerable other media outlets. Not a single media has taken a stand for justice. For decades, every single day the media have been blasting stories against SIST and its personnel.

Where are these media outlets when millions of children were and are being molested by priests every day and the churches are declaring bankruptcy to avoid paying their victims? Since the church has installed their judges in bankruptcy courts, the judges approve the bankruptcies and the media conceals it. Why the silence? If some other religion had same disease as Catholic priests, it would be in the media every day. Laws would be passed to force that religious group to change their way of life such that priests would not be allowed into the profession without wives and nuns without husbands. How many bestial predatorial priests are sitting on death row? Had it been any other religion, executions would be occurring every day. Where are the media when millions of minorities are being murdered and tortured around the world by the Catholic Church? Take a look for yourself at www.vaticancrimes.us and www.vaticanassassins.org and see the righteous works of these demons. It is a pagan and demonic organization noted for its immorality, corruption, violence, wealth, and power. These actions make it clear that the media is an agent the church in power to control the "news" that is made available to people around the world and manipulate public opinion to promote the church's agenda. It is truly pathetic.

Besides the media, the church has employed their "army" in every walk of life to enforce the agenda of the church and amass trillions of dollars of wealth for the church by robbing the minority and those who refuse to be converted to the Catholic cultic religion. A statement, made by a nationally syndicated Catholic priest, perhaps is reveals the magnitude of this demonic organization. 'The Catholic church,' he said, 'must be the biggest corporation in the United States. We have a branch office in every neighborhood. Our assets and real estate holdings must exceed those of Standard Oil, A.T.&T., and U.S. Steel combined. And our roster of

dues-paying members must be second only to the tax rolls of the United States Government.' In fact, "the Catholic church is the biggest financial power, wealth accumulator and property owner in existence. She is a greater possessor of material riches than any other single institution, corporation, bank, giant trust, government or state of the whole globe." The Catholic Church has nothing to do with religion or the spiritual aspect of life. It is a fraud and a scam created by the Roman powers to control the destiny of the world and amass hundreds of trillions of dollars to their empire. The Catholic Church owns banks such as Bank of America, BP, pharmaceutical companies, and virtually every type of business, **tax free**. Shockingly, one of those businesses is murder. There are hundreds of thousands of Catholic organizations working undercover around the world which receive billions of dollars in federal aid. Meanwhile, since they pay no taxes, the tax burden is added to everyone else including the poor who are struggling just to keep food on their table. That is called the "works of love" of the Catholic Church. It is despicable.

Because I exposed the religious and racial conspiracy of the judges and trustees in Minnesota, they are going after me to punish me with their personal vendetta. As a result the agents of the church in Minnesota Bankruptcy Court, Catholic Knight Witch Hunter Dreher, Jesuit Dennis O'Brien, priest's delight Colin Kreuziger of the Office of the U.S. Trustee, and Jesuitess Nauni Manty, they had a secret hearing on November 17, 2011 to determine how to crush and punish me without a proper hearing. I have asked that an outside accounting firm determine if there really are any documents missing. My request was ignored. It is reminiscent of medieval times where the church called a town meeting and invited the rabbi debate with a priest. Anything that rabbi said could be called blasphemy by the church which was punishable

by death. Then, the church had an excuse to murder the rabbi, his family, and the entire Jewish community. It is no different today. The church holds the pen and the microphone, no one else has a right to speak. Freedom of speech and freedom of press are only for the church. I should be silent so the church can do its dirty job quietly and undercover. Since I am an attorney and the most outspoken representative of the company, the plan is to get rid of me so it becomes that much easier for them to carry out their plans.

The philosophy and strategy of the church has not changed. In earlier times, the church took note of the Jews and labeled them as the most vital enemy of the church because they exposed lies and lack of credibility of the church. The Jews viewed the church for what it was and is - a pagan religion with five characteristics: immorality, violence, power, wealth, and corruption. The Jews were a living testament to the fact that the Christian bible is a dirty book of lies written and rewritten for the wishes of the church. For example, history proves that whom the Christians call their god was not born in the zero calendar year. But, there was someone by that name that lived 165 years before zero.

Thus, for many reasons, since the creation of Christianity, the plan of the Roman church has been to wipe out the Jews. The Roman church felt that if they wiped out the Jews, no one would challenge their bible, the dirty book of lies. The church planned out ways to kill and wipe out the Jewish population through blood libel stories, the Inquisition, thousands of massacres, and climaxed with the Holocaust. SIST's case is no different. The church feels that the Indian businessman and his personnel must be eliminated.

Literally, it is downright dreadful as the destiny of the country is dictated by the church. The Catholic Church is using the United States as its chess piece to go all over the world starting wars and murdering thousands of innocent people, just so the Catholic Church can come in behind them under the pretense of social works to repair the war damage and take over the country and amass more to their empire. A most recent United Nations report reveals that "genocide is the missionary profession: converting other peoples to Christianity and thus destroying them as an ethnical group, and denying the right of native peoples to exist as what they are, with their own culture, language, and religion". "And this so-called righteous work continues even today around the world in the name of [Christian] humanitarian work." Catholics are the bigots of the past, present, and future where they are working undercover around the world to rule and determine the destiny of peoples of other races and religions. History proves over and over that they have exercised their power in the past to exterminate people of different races and religions. Today, they exercise that same power to oppress the minority and to force them to be converted or face the consequences. They are cruel, they are brutal, and they are evil. The mere fact that a country like the United States maintains diplomatic relations with a religious leader, the bestial pope who is a known child molester, is telling of the strength of the grip of the deadly disease called Catholicism.

It is an ignominy that there is no justice for the minority in the United States. In more than a decade, I have never seen the minority experience justice in a single case. In Debtor's experience, "justice" is determined by one's race and religion. If SIST's case was based upon law, the case could easily have been concluded. But, because the impetus is of a racial and religious nature, SIST is having a hard time finding justice. In fact, it has been impossible.

Likewise, Yehud-Monosson USA, Inc. was in bankruptcy going through the motions of trying to get "justice" which it will never get. Justice has been denied to SIST and its personnel because it did not, will not, and never will bow down to the church, the dirtiest abode of the most dangerous death cult in human history. This case itself is a travesty of justice and a demonstration of the freedom and democracy that exists in a so-called democratic society right here in Minnesota, in bankruptcy court with its judges Robert Kressel, Dennis O'Brien, and now, Nancy Dreher. If Nancy Dreher were so impartial, then she should liquidate the assets of the Catholic Church to pay poor children whose innocent lives have been devastated by priests. She should think independently for the execution of justice rather than following the robotic orders of the church.

I request that public and international community investigate this matter. I request that President Obama, Attorney General Eric Holder, the Senate Investigation Committee, the International Court of Justice, United Nations, and international human rights agencies investigate this matter and the entire bankruptcy case. If the United States is going to take no action, I will be forced to bring this matter to the attention for foreign media. This contempt motion is a lie and fabrication. I have produced every piece of paper is Debtor's records and Jesuitess Nauni Manty has acknowledged receipt of those documents. She demanded that I produce an address. I am not her secretary or her clerk to do her dirty job for her. One of her staff can give her the same information that I can provide. This contempt motion is a lie and a pretense to accomplish their purpose to suppress. It is just like their bible which is nothing but dirty toilet paper.

I am requesting an urgent investigation into this matter to spare my life and that of others. All I am asking is for you to investigate this matter and protect my rights as a citizen of the United States. The United States is going all over the world to "stop human rights violations" and "bring justice". But when are you going to stop injustice which is occurring right under your nose? My case is a prime example. It is time for the injustice to stop dead in its tracks. Presently the hearing on this matter is set for **December 6, 2011 at 3:00 p.m.** Let the whole world watch what these brutes are going to do. Execution of justice in the United States is impossible and nonexistent. Unless you intervene, I will be incarcerated and likely murdered. Should you need any additional information, I can be reached at imoanie@gmail.com or by telephone at 917-385-1400.